United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRACIELA ORTIZ AS NEXT FRIEND OF A.R., A MINOR | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION No. 4:24-cv-407 |
| | § | **JURY** |
| TARGET CORPORATION | § | |
| | § | |
| *Defendant* | § | |

**AGREED FINAL JUDGMENT**

BE IT REMEMBERED that on this date came on to be heard the above numbered and entitled cause, wherein the parties are:

| | |
|---|---|
| Plaintiff: | Graciela Ortiz, as next friend for A.R. |
| Minor Child: | A.R. |
| Defendant: | Target Corporation |
| Guardian ad Litem: | Mario Martinez |

All parties appeared and by and through their attorneys of record and announced ready for trial. A jury was waived and the parties then announced to the Court that subject to approval of the Court, a compromise and settlement agreement had been reached as to any and all issues, claims, demands or causes of action existing between the Plaintiffs and the Defendant. As to the minor Plaintiff, Defendant is to pay a total settlement amount of FIFTY THOUSAND Dollars ($50,000.00) in accordance with the terms set forth below.

The Court thereupon called for evidence bearing upon the compromise and settlement agreement, and, after hearing evidence concerning the material facts regarding the manner in which the injuries occurred, and all matters pertaining to the alleged liability of the Defendant, as well as the full nature and extent of all damages sustained by the Plaintiff and the Minor Child, and after hearing the recommendation of the Guardian Ad Litem, the Court is of the opinion that such compromise and settlement agreement is in the best interest of the Minor Child, and the Court does hereby approve the compromise and settlement agreement.

It is, therefore, ORDERED, ADJUGED and DECREED that the Plaintiff and the Minor Child have and recover from the Defendant as follows:

- **$10,301.38** payable to ***Graciela Ortiz and The Todd Law Group. PLLC*** for medical expenses, attorneys fees, and expenses as it relates to the Minor Child's matter;

- **$27,686.09** payable to TMHP-MEDICAID to satisfy a lien; and

- **$12,012.53** payable to ***U.S. District Court for the use and benefit of Minor Child A. R., DOB: March 2, 2011; Cause No. H-24-407*** until she reaches the age of eighteen (18). At such time, the District Clerk shall release the funds together with any accrued interest, less any administrative fee, to A.R. upon her presenting proper identification and proof of age, without the necessity of further order of this Court. Upon compliance therewith, the Clerk of this Court shall thereafter be released from any liability for such sum of money.

Further, Plaintiff Graciela Ortiz, by and through her attorneys of record, announced to the Court that, regarding her claims against the Defendant, an agreement of settlement has been reached herein. In accordance with said agreement, Judgment should be entered for the Defendant.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the Plaintiff Graciela Ortiz, individually and as next friend for A.R. recover nothing of and from the Defendant, other than what is described above.

It is further, ORDERED, **$2,000.00** shall be paid by the Defendant to the Guardian Ad Litem Mario Martinez as the fee for that representation, which the Court finds to be a reasonable fee for the services rendered herein. The duties of Guardian Ad Litem Mario A. Martinez are discharged following the deposit of the funds described above into the Court's registry.

It is further ORDERED, ADJUDGED, and DECREED that all claims asserted in the above-referenced cause against Defendant is hereby DISMISSED WITH PREJUDICE. All relief not herein granted is denied. Except as provided herein, all costs of Court are taxed to the party incurring same.

This Final Judgment disposes of all claims and all parties and is appealable.

SIGNED this the 23rd day of October, 2026.

JUDGE PRESIDING

Approved:

**THE TODD LAW GROUP, PLLC**


By: */s/ Jeffrey N. Todd* (with permission)
Jeffrey N. Todd
State Bar No. 24028048
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Telephone: (832) 243-4953
Facsimile: (713) 583-7818
Email: jeff@jefftoddlaw.com


***Attorney for Plaintiff Graciela Ortiz, Individually and As Next Friend of A.R.***

**GERMER PLLC**


By: */s/ Valerie Ly*
Troy A. Williams
State Bar No. 00788678
Federal ID 19043
Valerie Ly
State Bar No. 24053692
Federal ID 2387134
Nadiah Hadir
State Bar No. 24146821
Fed ID 3965427
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 830-1204
Facsimile: (713) 739-7420
Email: twilliams@germer.com
Email: valeriel@germer.com
Email: nhadir@germer.com


***Attorneys for Defendant Target Corporation***

**THE LAW OFFICES OF MARIO A. MARTINEZ, PLLC**

By: *<u>/s/ Mario A. Martinez</u>* <u>(with permission)</u>
Mario A. Martinez
State Bar No. 24013110
24285 Katy Freeway Suite 300
Katy, TX 77494
Telephone: (346) 387-7187
E-mail: mario@yourkatylawyer.com

***Guardian Ad Litem***